UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP J. ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Pennsylvania limited liability company,<br><br>Defendant. | Case No. 2:23-cv-01633-KKE<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This matter came before the Court on Defendant Comcast Cable Communications Management, LLC Unopposed Motion for Extension of Time to File Response to Complaint. The Court, having considered the motion and the balance of the docket, it is now therefore:

ORDERED that Defendant's Unopposed Motion for Extension of Time to File Response to Complaint is GRANTED.

DATED this 3rd day of November, 2023.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 1
Case No. 2:23-cv-01633-KKE

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick L. McGuigan
HKM Employment Attorneys LLP
600 Stewart St, Ste 901
Seattle, WA 98101-1225
Telephone: (206) 838-2504
Facsimile: (206) 260-3055
Email: plmcguigan@hkm.com

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Seattle, Washington, on November 1, 2023.

*s/Elizabeth Pitman*
Elizabeth Pitman, Legal Assistant

4870-3433-3580.1

CERTIFICATE OF SERVICE - 1
Case No. 2:23-cv-01633-KKE

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104