UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP J. ANDERSON, an individual,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Pennsylvania limited liability company,

    Defendant.

Case No. 2:23-cv-01633-KKE

ORDER GRANTING JOINT STIPULATION AND MOTION TO STAY PROCEEDINGS PENDING DISPUTE RESOLUTION PROGRAM

This matter came before the Court on the Joint Stipulation and Motion to Stay Proceedings Pending Dispute Resolution Program. The Court has considered the motion and all evidence submitted in relation to the motion, and the pleadings, records, and files herein. It is now therefore:

ORDERED that the Joint Stipulation and Motion to Stay Proceedings Pending Dispute Resolution Program is GRANTED.

DATED this 28th day of November, 2023.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT STIPULATION AND MOTION TO STAY PROCEEDINGS PENDING DISPUTE RESOLUTION PROGRAM - 1
Case No. 2:23-cv-01633-KKE

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104