THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP J. ANDERSON, an individual,

Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Pennsylvania limited liability company,

Defendant.

NO. 2:23-CV-01633-KKE

ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that all of Plaintiff's claims against Comcast Cable Communications Management, LLC are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party. The clerk is directed to close the case.

DATED this 18th day of April, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1
Case No. 2:23-CV-01633-KKE

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504